**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Pedro Sanchez                                                         Case No: 14-13875-AJC
    and                                                                          Chapter 13
    Marlenis I. Figueredo

_____Debtor_____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

51 SW 1st Ave, #1410, Miami, FL 33130.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1 | AT&T Mobility II LLC | $1133.35 | AT&T Mobility II, LLC has filed an unsecured claim in the amount of $1,133.35. The debtors are current with creditor and are paying this unsecured creditor directly outside the chapter 13 plan. Debtors request the claim be stricken as it is being paid directly outside the plan. |

| | | | |
|---|---|---|---|
| 3 | Midland Funding LLC | $2289.72 | Midland Credit Management, Inc. as agent for Midland Funding, filed an unsecured claim in the amount of $2,289.72. The debt was included and discharged in the debtor's chapter 7 bankruptcy case no 13-18170. Debtors request the claim be stricken and disallowed. |

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this 22 day of July, 2014 to: Midland Credit Management, Inc. as agent for Midland Funding, P.O. Box 2011, Warren, MI 48090 and AT&T Mobility II, LLC, c/o AT&T Services, Inc. Karen A. Cavagnaro, One AT&T Way Room 3A104, Bedminster, NJ 07921.

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez_____
 [X]Robert Sanchez, Esq., FBN#0442161