

PO Box 2011 Warren, MI 48090-2036
Toll Free: 877-495-2902
Fax: 866-818-1718

October 14, 2014


**US BANKRUPTCY COURT**
SOUTHERN District FLORIDA

RE:	Claim filed on MARLENIS I FIGUEREDO
	Case # 14-13875
	Claim # 3

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

To Whom It May Concern:

    Midland Credit Management, Inc. hereby withdraws Proof of Claim number ___3___ dated 6/16/2014 12:00:00 AM.


Thank you,

/s/ Kristen Cable
Bankruptcy Specialist

Name:	Kristen Cable
Address:	Po Box 2011
	Warren, MI 48090
Phone: 877-495-2902
Fax :	866-818-1718
Email: MBX_ILMS_Bankruptcy@mcmcg.com

BK_0005 Account No.: 14-418197