UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                    CASE NO.: 14-13875-BKC-AJC
                                                                                          PROCEEDING UNDER CHAPTER 13

PEDRO SANCHEZ
MARLENIS I FIGUEREDO

DEBTORS_____/

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

   **COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

   WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

   **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on November 25, 2015

                                                                NANCY K. NEIDICH, ESQUIRE
                                                                STANDING CHAPTER 13 TRUSTEE
                                                                P.O. BOX 279806
                                                                MIRAMAR, FL 33027-9806

                                                                By: /s/ _____
                                                                ☐ Adisley Cortez-Rodriguez, Esq.
                                                                   FLORIDA BAR NO: 0091727
                                                                ☐ Amy Carrington, Esq.
                                                                   FLORIDA BAR NO: 101877
                                                                ☒ Jose Ignacio Miceli, Esq.
                                                                   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS<br>CASE NO.: 14-13875-BKC-AJC

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTORS**
PEDRO SANCHEZ
MARLENIS I FIGUEREDO
18001 SW 176 STREET
MIAMI, FL  33187-1609

**Via Electronic Service:**
**ATTORNEY FOR DEBTORS**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL  33012

07/21/2015 TUE 17:36        FAX                                                                      ☒001

```
                    ********************
                    *** FAX TX REPORT ***
                    ********************

                    TRANSMISSION OK

         JOB NO.                    2478
         DESTINATION ADDRESS        13055129701
         SUBADDRESS
         DESTINATION ID             Sanchez
         ST. TIME                   07/21 17:35
         TX/RX TIME                 00'34
         PGS.                       1
         RESULT                     OK
```

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

---

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

07/21/2015

In Re: 14-13875 AJC******PEDRO SANCHEZ

Dear ROBERT SANCHEZ ESQ

    The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that MIDLAND had agreed to the Debtor's treatment of its collateral. The Trustee has since received a copy of a Proof of Claim filed with the Bankruptcy Court.

The Proof of Claim is filed as such: CL REG 3

- ☐ A secured creditor [Court claim# ] is not provided for in the Plan
- ☐ A secured creditor [Court claim# ] is treated outside the Plan but the claim's arrearage is not addressed
- ☐ An unsecured priority creditor [Court claim# ] is not provided for in the Plan or the Plan does not conform to the claim
- ☒ Unresolved Objection to claim DE#46
- ☐ Plan seeks to value collateral secured by [Creditor name] and no Motion to Value has been filed
- ☐ Motion to Value DE#[ ] filed with no Order
- ☐ Discrepancy between the Order DE#[ ] and the Plan or scrivener's error identified [ ]
- ☐ Plan fails to provide for 100% of allowed unsecured claims
- ☐ Other:

    The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,